City of Chicago v. Jones, 203 Ill. App. 203.

Under section 23 of the Municipal Court Act (J. & A. ¶ 3335), prescribing how evidence in cases of the fifth class may be preserved, the evidence in a prosecution for keeping a common gaming house may be preserved by a correct statement of the facts.

---

## City of Chicago, Defendant in Error, v. Tom Jones, Plaintiff in Error.

### Gen. No. 22,533.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. HUGH J. KEARNS, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed January 8, 1917. Rehearing denied January 22, 1917.

### Statement of the Case.

Prosecution by the City of Chicago, plaintiff, against Tom Jones, defendant, for gambling in violation of a city ordinance of Chicago. From a judgment finding him guilty, defendant brings error.

HENRY M. SELIGMAN, for plaintiff in error.

H. B. MILLER, for defendant in error.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 29*—*what Appellate Court may not take judicial notice of.* The Appellate Court cannot take judicial notice of a city ordinance upon which a prosecution by the city is based where such ordinance is not preserved in the record.

2. MUNICIPAL COURT OF CHICAGO, § 29*—*when presumed that trial court is justified in finding defendant guilty for violation of city ordinance.* Where a city ordinance upon which a prosecution for gambling is based is not preserved in the record, it must be presumed on appeal that the trial court was justified in its finding that the defendant was guilty of engaging in gambling in violation of such ordinance.